UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Farmasino Inc., <br><br> Plaintiff <br><br> vs. <br><br> Farmasino Pharmaceuticals (Jiangsu)Co., Ltd et al, <br><br> Defendant. | CASE NO.: 5:15-cv-01877-SVW-DTB <br><br> JUDGMENT |

Judgment is entered for Defendants Farmasino Pharmaceuticals (Jiangsu)Co., Ltd, and Farmasino USA, LLC and against Plaintiff Farmasino Inc., pursuant to the Court's order [Dkt. #109] issued on June 20, 2016.

DATE: April 27, 2017

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE